# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **KASUGA FORTE,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) |
| **ROMAN LIPIN, SDM TRANSPORT, INC. and PRIME PROPERTY & CASUALTY INSURANCE COMPANY, INC.,** | ) NO. 5:21-CV-00127-MTT |
| | ) |
| Defendants. | ) |

## ORDER ON CONSENT MOTION TO SUBSTITUTE A PARTY-PLAINTIFF

The parties have filed their Consent Motion to Substitute a Party-Plaintiff under Rule 25 of the Federal Rules of Civil Procedure, and the Court has considered this motion and finds it is proper under Fed R. Civ. P. 25, THEREFORE IT IS HEREBY ORDERED,

That the Consent Motion to Substitute a Party-Plaintiff is GRANTED, and Dori Prado, the nominated representative of the estate of Kasuga Forte is substituted as the proper plaintiff in this action. The caption of this case shall be changed to:

**"Dori Prado, Representative of the Estate of Kasuga Forte, Plaintiff v. Roman Lipin, SDM Transport, Inc. and Prime Property & Casualty**

**Insurance Company, Inc. Defendants."**

Plaintiff's counsel will obtain proper service upon the personal representative and shall be promptly file said Acknowledgement with the court upon execution.

The parties have announced they have fully resolved all issues in this matter, and expect to file a Stipulation of Dismissal upon entry of an order granting this motion, which shall be filed within three days of the date of this Order.

**SO ORDERED**, this 17th day of February 2023.

>S/ Marc T. Treadwell
>MARC T. TREADWELL, CHIEF JUDGE
>UNITED STATES DISTRICT COURT

Prepared by:

**/s/ Jon R. Hawk**
Jon R. Hawk
Attorney for Plaintiff
Ga. Bar No. 338645
3727 Vineville Avenue
Macon, Georgia 31204
Phone: 478-239-6615
Fax: 478-845-4335
E-mail: jon@hawklawfirm.law

Consented to by:

**/s/ Shawn N. Kalfus**
Shawn N. Kalfus
Sheetal M. Brahmbhatt
Attorneys for Defendant Roman Lipin
Stone Kalfus, LLP
One Midtown Plaza

1360 Peachtree St. NE
Suite 1250
Atlanta, GA 30309
Shawn.kalfus@stonekalfus.com

***/s/ Brian W. Sprinkle***
Brian W. Sprinkle
Attorney for Defendant Prime Property
& Casualty Insurance Company, Inc.
Hawkins, Parnell & Young, LLP
303 Peachtree Street NE, Suite 4000
Atlanta, GA 30308-3243
bsprinkle@hpylaw.com